974

No. 97–6257. LANKFORD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6261. LOVE v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 97–6265. BENJAMIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–6267. AVILA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–6273. RIOS v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 97–6279. CHOHAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–6280. CASH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6286. PEACH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–6290. SANTIAGO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–6292. PECOR v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–6305. FRANKLIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6307. WEEDEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–6310. WEBB v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6312. CARLISLE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6313. BENTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6314. WILSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.